UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-1846 FMO (PLAx) | Date | November 14, 2019 |
|---|---|---|---|
| Title | Bank of America, N.A. v. Antoinette Marie Manley, et al. | | |

Present: The Honorable **Fernando M. Olguin, United States District Judge**

| Cheryl Wynn | Pat Cuneo |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| An Le | Antoinette Marie Manley<br>Not present<br>Stallion Sport Limited<br>Thomas A. Fasel |

**Proceedings:** Motion for Default Judgment Against Defendant Antoinette Marie Manley d/b/a BNGL Services [35]

The court and counsel confer as set forth on the record.

The court notes that no appearance is made on behalf of defendant Antoinette Marie Manley d/b/a BNGL Services.

Plaintiff's Motion for Default Judgment Against Defendant Antoinette Marie Manley d/b/a BNGL Services (Dkt. 35) is granted.

Plaintiff's counsel is ordered to file a proposed Order and Judgment that is consistent with the terms of the stipulated judgment between plaintiff and defendant Stallion Sport Limited.

IT IS SO ORDERED.

|  | 00 | : | 05 |
|---|---|---|---|
| Initials of Preparer | | cw | |