```
                                                              JS-6
                                                         FILED
                                                  CLERK, U.S. DISTRICT COURT

                                                      11/25/2019

                                                  CENTRAL DISTRICT OF CALIFORNIA
                                                  BY:    CW        DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br>　　　　Plaintiff, <br><br>　　vs. <br><br>ANTOINETTE MARIE MANLEY, doing business as BNGL SERVICES; and STALLION SPORT LIMITED, <br><br>　　　　Defendants. | Case No. 2:19-cv-01846 FMO (PLAx) <br>Hon. Fernando M. Olguin <br>Ctrm. 6D - 1st Street <br><br>**JUDGMENT ORDER** <br><br><br>Action Filed:　March 13, 2019 <br>Trial Date:　　April 14, 2020 |

On October 29, 2019, Plaintiff Bank of America, N.A. ("BofA") and Defendant Stallion Sport Limited ("Stallion") filed a Joint Stipulation for a Judgment that would resolve the parties' respective claims against each other.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.　Judgment is hereby entered in favor of BofA with respect to BofA's complaint for interpleader and declaratory relief regarding the $184,657.66 held in suspense for Account x1766;

2.　Within ten (10) business days of the entry of this Judgment, BofA shall deliver and pay the sum of $169,657.66 to Stallion, and BofA shall retain the sum of

$15,000.00 as compensation for BofA's reasonable fees and costs incurred in connection with its complaint for interpleader and declaratory relief; and

3. With the exception of the aforementioned award of costs to BofA in the amount of $15,000.00, each party shall bear its own costs and attorneys' fees.

BofA and Stallion respectfully request that the Court enter a judgment and order effecting the above-described stipulation and agreement.

DATED: November 25, 2019

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

10597.0533/15088594.1

2

[~~PROPOSED~~] JUDGMENT ORDER